**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1503**

———————

JERRY W. GOINGS,

Plaintiff - Appellant,

versus

WILLIAM R. ENDICOTT, D.D.S.; ENDICOTT DENTAL
CARE,

Defendants - Appellees,

and

TOMMY MURPH, DMD,

Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-95-3922-4-22)

———————

Submitted:  November 20, 1997      Decided:  December 11, 1997

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry W. Goings, Appellant Pro Se.  Ruskin C. Foster, MCKAY, MCKAY,
HENRY & FOSTER, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Goings appeals the district court's orders (1) entering judgment upon the jury's verdict in favor of the Defendants on his medical malpractice action and (2) denying his motion for judgment notwithstanding the verdict. Goings claims that the district court erred by excluding evidence pertaining to a prior conviction of Defendant William Endicott. Our review of the record discloses no abuse of discretion. See United States v. Hassan-El, 5 F.3d 726, 731 (4th Cir. 1993) (district court's evidentiary rulings are reviewed for abuse of discretion). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED